AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) Case No. 3:23-CR-00032 |
| Eagle Renovations LLC | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/16/2024

*Defendant's signature*

*Signature of defendant's attorney*

Nicholas G. Gournaris, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Thomas M. Rose, U.S. District Judge
*Judge's printed name and title*