# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:23-CR-32** |
| Plaintiff | : | |
| vs. | : | **Judge Thomas M. Rose** |
| **EAGLE RENOVATION LLC** | : | |
| Defendant | : | |

_____

**MOTION TO CONTINUE JULY 23, 2024 SENTENCING HEARING**
_____

Now comes Defendant, EAGLE RENOVATION LLC, by and through undersigned counsel moving this Honorable Court to for a CONTINUANCE of the July 23, 2024 Sentencing Hearing. Undersigned counsel is working to resolve issues regarding restitution amounts. As such, a brief continuance is requested.

The Government have been informed of this request and have no objection to a brief continuance.

        Respectfully submitted,

        s/Nicholas G. Gounaris
        NICHOLAS G. GOUNARIS (0064527)
        **GOUNARIS ABBOUD CO**.
        Counsel for Defendant, Eagle Renovations LLC
        130 W. Second Street, Suite 2000
        Dayton, Ohio 45402
        (937) 222-1515
        (937) 222-1224 (facsimile)
        nick@gafirm.com

GOUNARIS ABBOUD
INC., LPA
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent to all parties via the clerk of court's electronic filing system.

    Respectfully submitted,

    s/Nicholas G. Gounaris
    NICHOLAS G. GOUNARIS

GOUNARIS ABBOUD
INC., LPA
A Legal Professional Association
130 W. Second St., Ste. 2000
Dayton, Ohio 45402
Office: (937) 222-1515
Facsimile: (937) 222-1224
Website: www.gafirm.com